UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY LAGRANDEUR,

    Plaintiff,

v.                                      Case No.   2:24-cv-395-JLB-KCD

GRANT, ROMERRO and BATES,

    Defendants.
_____/

## ORDER

    Before the Court is Plaintiff Jeffrey Lagrandeur's "Motion for Relief from the Obligation to Prepay the Fees," which the Court construes as a motion for leave to appeal in forma pauperis.  (Doc. 25.)   The Court dismissed this case on September 17, 2024 for abuse of the judicial process, and judgment has been entered.   (Doc. 17; Doc. 18.)

    Under Federal Rule of Appellate Procedure 24(a), the Court finds that Plaintiff's appeal is not taken in good faith because he has identified no meritorious issues to raise on appeal.   Plaintiff thus must pay the $605.00 appellate filing and docketing fees.   See 28 U.S.C. § 1915(a)(3).   Because the Court certifies the appeal is not taken in good faith, any request to proceed in forma pauperis should be sent directly to the Eleventh Circuit Court of Appeals.   See Fed. R. App. P. 24(a)(5).

    Accordingly, it is **ORDERED:**

    1.    Plaintiff's construed motion for leave to appeal in forma pauperis (Doc. 25) is **DENIED**.

2. The Clerk is **DIRECTED** to send a copy of this Order to the Clerk for the Eleventh Circuit.

**DONE and ORDERED** in Fort Myers, Florida on November 20, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

Copies: Jeffrey Lagrandeur, Clerk, Eleventh Circuit Court of Appeals